UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -8 AM 10: 09

| UNITED STATES OF AMERICA, | ) | '08 MJ 2749 |
|---|---|---|
| Plaintiff, | ) | Magistrate Case No. _____ BY _____ DEPUTY |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| Robert Edward LYNN Sr. | ) | Title 8, U.S.C., Section |
| | ) | 1324(a)(2)(B)(iii)- |
| Defendant. | ) | Bringing in Illegal Alien |
| | ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **September 5, 2008**, within the Southern District of California, **Robert Edward LYNN Sr. (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria VALDEZ-Sotelo (Material Witness)**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **8th** day of **September, 2008**

UNITED STATES MAGISTRATE JUDGE



**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Liliana De Anda, declare under penalty of perjury the following to be true and correct:

The complainant states that **Maria VALDEZ-Sotelo** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 5, 2008 at approximately 12:07 a.m., **Robert Edward LYNN Sr. (Defendant)** made application for admission into the United States from Mexico through the vehicle primary lanes at the San Ysidro Port of Entry. Defendant was the driver of a black 2002 Ford Explorer Sport Trac bearing California license plates. Defendant was accompanied by his two (2) minor children. During primary inspection before a United States Customs and Border Protection (CBP) Officer, Defendant stated he was not bringing anything from Mexico and he was going to work. Defendant told the CBP officer he has been living in Mexico since June.

The CBP officer conducted a cursory inspection of the vehicle and noticed a space discrepancy in the undercarriage and as he looked closer he could see what appeared to be a yellow shirt and light colored hair. The CBP officer requested assistance from other CBP officers and responded. All occupants were taken into custody and escorted to a security office for further investigation. The vehicle was then driven to the secondary lot for further inspection.

In secondary, CBP officers removed four bolts from the front of the rear seats utilizing a 15mm open wrench found in the driver's back seat rest pocket. The rear seats were removed and the carpet was lifted exposing two separate access panels to two non-factory coffin like compartments. Each of the compartments measured approximately 11" height x 22" width x 68" length; they were made of pieces of sheet metal welded together. The compartments were built from the driver and passenger back rest to the cargo area. CBP officers assisted two individuals out of the compartments.

The individuals were determined to be citizens and natives of Mexico without the legal documentation that would permit their legal entry into the United States. The individuals were identified as: **Maria VALDEZ-Sotelo (Material Witness)** and Rosalba MARTINEZ-Calderon.

During a videotaped interview Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he was to be paid $600.00 US dollars to drive the vehicle with a concealed alien into the United States. Defendant stated he agreed to perform a second smuggling act for a total pay of $1,200 US dollars. Defendant admitted he was to deliver the vehicle at an AM/PM convenient store near H St. exit in Chula Vista, California. Defendant admitted the vehicle did not belong to him and the counterfeit vehicle registration was given to him to be use in the smuggling act.

**Continued on Page 2**

Continuation of Probable Cause Statement
RE: Robert Edward LYNN Sr.

Material Witness was interviewed separately and admitted she is a citizen of Mexico without documentation to enter the United States. Material Witness stated she was to pay a smuggling fee of $3,000 US dollars. Material Witness stated she was going to Los Angeles, California to reunite with family.

Executed on this **5th** day of **September 2008** at **4:00 p.m.**

_____
Liliana De Anda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of 2 pages, I find probable cause to believe that the defendant named therein committed the offense on **September 5th, 2008** in violation of Title 8, United States Code, Section 1324.

_____            9/6/08  Noon
MAGISTRATE JUDGE                            DATE / TIME